

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

4/2/09

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

pdes

# NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND REQUEST FOR ENTRY OF FINAL DECREE, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO

Case Number: 07-22546 - C - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Kyle Jon Premenko
xxx-xx-9311

6 Nancy Ln
Chico, CA 95926

Leah Christen Premnko
xxx-xx-6673

6 Nancy Ln
Chico, CA 95926

Deadline to file the Objections to the Trustee's Final Account: 5/2/09

**NOTICE IS HEREBY GIVEN THAT:**
The trustee in the above-referenced case has disbursed all estate funds and has certified complete administration of the estate by filing a final account and request for entry of final decree. The trustee's final account and request for entry of final decree is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**
Unless an objection to the trustee's final account and request for entry of final decree is filed by the U.S. Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered pursuant to Federal Rules of Bankruptcy Procedure 5009, and proceed to close the case. The objection shall state with particularity the grounds therefor, and shall be submitted for filing with a notice of hearing setting the matter for hearing on the following date, time and place.

**DATE & TIME:** May 19, 2009 at 9:30 a.m.
**PLACE:** U.S. Bankruptcy Court
Department C, Courtroom 35, 6th Floor
501 I Street
Sacramento, CA

Copies of the objection, notice of hearing, and supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days. If no objections are filed, no hearing will be calendared and the Court will, **without further notice,** enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
4/2/09

For the Court,
Richard G. Heltzel , Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: pdes             Page 1 of 1              Date Rcvd: Apr 02, 2009
Case: 07-22546              Form ID: L90           Total Served: 38


The following entities were served by first class mail on Apr 04, 2009.
db/jdb     +Kyle Jon Premenko,   Leah Christen Premnko,   6 Nancy Ln,   Chico, CA 95926-2955
aty         Becket And Lee,   PO Box 3001,   Malvern, PA  19355-0701
aty         Dennis K. Cowan,   PO Box 992090,   Redding, CA  96099-2090
aty        +Jennifer C. Wong,   1770 4th Ave,   San Diego, CA 92101-2607
aty        +Ken Baker,   1430 East Ave #2-B,   Chico, CA 95926-1629
tr         +John W. Reger,   PO Box 933,   Palo Cedro, CA 96073-0933
cr          HSBC Bank Nevada NA/HSBC Card Services III,   c/o eCAST Settlement Corporation,   PO Box 35480,
              Newark, NJ  07193-5480
cr          Household Finance Corporation/Beneficial,   c/o eCAST Settlement Corporation,   PO Box 35480,
              Newark, NJ  07193-5480
14909268   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court:  Honda Finance Corp,     PO Box 1844,    Alpharetta GA 30023)
14909255   +Bank of America,   P O Box 60069,   City of Industry CA 91716-0069
14909256    Beneficial Finance,   P O Box 60101,   City of Industry CA 91716-0101
15039943   +Butte County Credit Bureau,   310 Flume St,   PO Box 7600,   Chico, CA 95927-7600
14909257   +Cameron Financial,   1065 Higuera St 102,   San Luis Obispo CA 93401-3641
14909258   +Chico Immediate Care,   376 Vallombrosa Ave,   Chico CA 95926-3900
14909259   +Cingular Wireless,   PO Box 60017,   Los Angeles CA 90060-0017
14909260   +Citi Cards,   4600 Houston Road,   Florence KY 41042-4820
14909262   +Citifinancial,   PO Box 6931,   The Lakes NV 88901-6931
14909261   +Citifinancial,   1972 Contra Costa Blvd,   Pleasant Hill CA 94523-3306
14909263   +Comcast Communications,   PO Box 34227,   Seattle WA 98124-1227
14909264   +Credt One Bank,   PO Box 98873,   Las Vegas NV 89193-8873
14909265   +Enloe Medical Center,   1531 Esplanade,   Chico CA 95926-3310
15097803   +FIA Card Services, N.A.,   Attn: Mr. BK,   DE5-023-03-03,   1000 Samoset Dr,
              Newark, DE 19713-6000
14909266   +FiA Card Services,   PO Box 15137,   Wilmington DE 19850-5137
14909267   +First Revenue,   PO Box 3020,   Albuquerque NM 87190-3020
14909269   +Household Bank,   P O Box 80053,   Salinas CA 93912-0053
14909270   +Indymac Bank,   PO Box 78826,   Phoenix AZ 85062-8826
14909271    Orchard Bank HSBC Card Service,   P O Box 60102,   City of Industry CA 91716-0102
15056795   +Specialized Loan Servicing,   8742 Lucent Blvd #300,   Highlands Ranch CO 80129-2386
14909272   +T Mobile,   PO Box 74274,   Cincinnati OH 45274-0001
15038052   +T-Mobile USA, Inc.,   Attn: Bankruptcy Dept.,   PO Box 53410,   Bellevue, WA 98015-3410
14909273    Target National Bank,   PO Box 59317,   Minneapolis MN 55459-0317
15013060    Target National Bank - Target Visa,   c/o Richard S. Ralston,   PO Box 3978,
              Seattle WA 98124-3978
14909274    Toyota Motor Credit,   Central Recovery,   PO Box 1730,   Torrance CA 90509
14909276   +WFS Financial,   PO Box 52044,   Phoenix AZ 85072-2044
14909275   +Wells Fargo Financial,   PO Box 98793,   Las Vegas NV 89193-8793
15088734   +eCAST Settlement Corporation,   PO Box 35480,   Newark, NJ 07193-5480
15075212    eCAST Settlement Corporation,   PO Box 35480,   Newark, NJ 35480

The following entities were served by electronic transmission on Apr 03, 2009.
15099853     E-mail/Text: resurgentbknotifications@resurgent.com                       LVNV Funding LLC,
              c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           IndyMac Federal Bank FSB
cr*         +Specialized Loan Servicing,   8742 Lucent Blvd #300,   Highlands Ranch, CO 80129-2386
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 04, 2009**                    Signature: *[signed] Joseph Speetjens*